FILED

09/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0305

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0305

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

                                                    O R D E R

MICHAEL JOSEPH HOWARD,

      Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John W. Larson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 2 2020